# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANNY SONOUVONG, *Doing business as AC Deli*, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00932-KES-SAB<br><br>ORDER RE: STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF No. 12) |

　　On August 9, 2024, Plaintiff Jose Escobedo commenced this action alleging violations of the Americans with Disabilities Act against Defendants Danny Sonouvong and Sally Sonouvong, both doing business as AC Deli.  (ECF No. 1.)  On October 1, 2024, the Clerk entered an entry of default as to both defendants.  (ECF Nos. 8, 9.)  On January 6, 2025, the parties filed a stipulation to set aside the entries of default and extend the time for Defendants to respond to the complaint to within ten days of the Court's order.  (ECF No. 12.)  The Court finds good cause exists to grant the stipulated relief.

　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Clerk's entries of default against Danny Sonouvong and Sally Sonouvong (ECF Nos. 8, 9) are hereby SET ASIDE; and

///

2. Defendants shall file a responsive pleading within ten (10) days of the date of this Order.

IT IS SO ORDERED.

Dated: **January 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge