# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANNY SONOUVONG, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00932-KES-SAB<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE IN WRITING WITHIN SEVEN DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 14, 15)<br><br>**SEVEN DAY DEADLINE** |

　　　　On August 9, 2024, Plaintiff Jose Escobedo commenced this action alleging violations of the Americans with Disabilities Act and related state law claims against Defendants Danny Sonouvong and Sally Sonouvong, both doing business as AC Deli. (ECF No. 1.) On October 1, 2024, the Clerk entered an entry of default as to both defendants. (ECF Nos. 8, 9.) On January 6, 2025, the parties filed a stipulation to set aside the entries of default and extend the time for Defendants to respond to the complaint to within ten days of the Court's order. (ECF No. 12.) On January 7, 2025, the Court ordered Defendants to file a responsive pleading no later than January 17, 2025. (ECF No. 13.)

　　　　On January 17, 2025, Defendants filed a "motion to request the court to decline supplemental jurisdiction and/or issue an order to show cause regarding the same." (ECF Nos. 14, 15.) Defendants request that the Court exercise its discretion to decline supplemental

1

jurisdiction over Plaintiff's state law claims. The only authority cited by Defendants is Rule 1 of the Federal Rules of Civil Procedure, which governs the scope and purpose of the procedural in all civil actions and proceedings in district courts.

Based upon the stipulation of the parties to set aside the default, the Court ordered that Defendants file a responsive pleading no later than January 17, 2025. Defendants' Rule 1 motion is neither an answer to the complaint nor a Rule 12(b) motion. Defendants have therefore failed to comply with the Court's January 17, 2025 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **seven (7) days** from the date of service of this order, Defendants shall show cause in writing why default should not be entered. Defendants are advised that filing a responsive pleading without showing cause in writing why sanctions should not issue is an insufficient response to this order; and

2. To facilitate their ability to comply with this order, Defendants' obligation to respond to the complaint is extended **seven (7) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2