# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANNY SONOUVONG, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00932-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; RESETTING SCHEDULING CONFERENCE FOR MARCH 11, 2025<br><br>(ECF No. 16, 18, 19) |

On August 9, 2024, Plaintiff Jose Escobedo commenced this action alleging violations of the Americans with Disabilities Act and related state law claims against Defendants Danny Sonouvong and Sally Sonouvong, both doing business as AC Deli. (ECF No. 1.) On October 1, 2024, the Clerk entered an entry of default as to both defendants. (ECF Nos. 8, 9.) Accordingly, the Court issued an order on December 6, 2025 vacating the January 7, 2025 scheduling conference and ordering Plaintiff to file a motion for default judgment. (ECF No. 10.)

On January 6, 2025, the parties filed a stipulation to set aside the entries of default and extend the time for Defendants to respond to the complaint within ten days of the Court's order. (ECF No. 12.) On January 7, 2025, the Court ordered Defendants to file a responsive pleading no later than January 17, 2025. (ECF No. 13.) On January 17, 2025, Defendants filed a "motion to request the court to decline supplemental jurisdiction and/or issue an order to show cause regarding the same" pursuant to Rule 1. (ECF Nos. 14, 15.) Because the motion was not a responsive pleading, the Court issued an order to show cause on January 30, 2025 why default

should not be entered. (ECF No. 16.)  The Court expressly advised Defendants that simply filing a responsive pleading without showing cause for failing to comply with a court order would be an insufficient response to the order.  On January 28, 2025, Defendants filed an answer without a response to the Court's order to show cause.  (ECF No. 17.)  Accordingly, the Court issued a second order requiring Defendants to show cause for failing to file a timely response.

On January 30, 2025, Defendants filed a response explaining, in short, that a responsive pleading has been filed and entry of default would prejudice Defendants, who intend to litigate this matter.  The Court agrees and shall discharge the order to show cause.  The Court notes Defendants also provided lengthy factual contentions and argument related to the allegations in Plaintiff's complaint.  The Court considered none in discharging the order to show cause. Defendants are reminded that any substantive issues—including mootness, standing, and factual challenges to Plaintiff's intent and disability—must be brought before the Court in appropriate motions requesting proper relief.

Additionally, when default was entered against both Defendants, the Court vacated the scheduling conference.  Given the entries of default have been set aside and Defendants have filed an answer to Plaintiff's complaint, the Court shall reset the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 21, 2025 order to show cause (ECF No. 16) is DISCHARGED;

2. The scheduling conference is reset for **March 11, 2025**, at **9:30 a.m.** in **Courtroom 9**; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge