# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>  Plaintiff,<br><br>  v.<br><br>DANNY SONOUVONG, *doing business as AC Deli*, et al.,<br><br>  Defendants. | Case No. 1:24-cv-00932-KES-SAB<br><br>ORDER SETTING ASIDE PREVIOUS DECISION TO DISREGARD PLAINTIFF'S FIRST AMENDED COMPLAINT AND DIRECTING DEFENDANTS TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 22, 23) |

On August 9, 2024, Plaintiff commenced this action alleging denial of the right to access under the Americans with Disabilities Act ("ADA") along with accompanying state law claims. (ECF No. 1.) Initially, Defendants did not appear, and the Clerk of the Court entered an entry of default as to each Defendant. (ECF Nos. 8, 9.) However, Defendants eventually appeared, and the parties stipulated to set aside the entries of default. (ECF No. 12.) The Court granted the request and directed Defendants to file an answer or to otherwise respond to the complaint within ten days. (ECF No. 13.) On January 17, 2025, Defendants filed, pursuant to Federal Rule of Civil Procedure 1 and the inherent powers of the Court, motions for a court order declining to exercise supplemental jurisdiction over Plaintiff's state law claims or, in the alternative, an order to show cause to effectuate the same. (ECF No. 15, p. 4; see ECF No. 14.)

The Court found the motions to be neither an answer nor responsive pleading, pursuant to Federal Rule of Civil Procedure 12(b). (ECF No. 16.) Therefore, the Court issued an order to

1  show cause ordering Defendants to file an answer or a responsive pleading within seven days
2  along with an explanation. (Id.) On January 28, 2025, Defendants filed an answer, and the
3  Court subsequently discharged the order to show cause. (ECF Nos. 17, 20.)

4  On January 31, 2025, Plaintiff filed an opposition to the motion regarding supplemental
5  jurisdiction, stating that Plaintiff "[would] be amending his complaint as a matter of course."
6  (ECF No. 21.) Plaintiff stated that "[a]pparently, Defendants intended on filing a Rule 12(b)(1)
7  motion to dismiss, but did not do so by the pleading deadline . . . ." (Id. at p. 2.) Following an
8  explanation not relevant here, Plaintiff stated that he would be amending as a matter of course
9  pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Id. at pp. 2-3.) It was not readily
10 apparent to the Court that Plaintiff was intending to amend as a matter of course based on the
11 filing of Defendants' answer. Thus, the Court disregarded Plaintiff's first amended complaint.
12 (ECF No. 23.) Thereafter, Plaintiff moved for reconsideration of this Court's determination to
13 disregard the filing of the amended complaint to the district judge and clarified that he filed his
14 amended complaint once as a matter of course following the filing of Defendants' answer. (ECF
15 No. 24.)

16 In light of the misunderstanding, the Court will set aside its previous decision to
17 disregard the first amended complaint. (ECF No. 23, ¶ 1.) Accordingly, the first amended
18 complaint will be the operative complaint and shall be considered as filed on February 3, 2025.
19 (ECF No. 22.) Given this clarification, the Court will allow Defendants fourteen (14) days from
20 the entry of this order to file an answer or otherwise respond to the first amended complaint.
21 Finally, given the relief provided by this order, the Court will give Plaintiff two days to file a
22 notice of withdrawal the motion for reconsideration.

23 Additionally, in the Court's February 2, 2025 order, it vacated the hearing on Defendants'
24 motions regarding supplemental jurisdiction as improperly set before a magistrate judge. (Id.)
25 The motions regarding supplemental jurisdiction (ECF Nos. 14, 15) are still before the district
26 judge, but they appears to have been terminated on the docket. The Court will direct the Clerk of
27 the Court to indicate that the motion remains pending before the district judge.
28 ///

2

With the forgoing in mind, the Court HEREBY ORDERS:

1. The Court's previous determination to disregard the first amended complaint (ECF No. 23, ¶ 1) is hereby set aside;
2. The first amended complaint is the operative complaint and shall be considered as filed on February 3, 2025 (ECF No. 22);
3. Defendants shall have **fourteen (14) days** from the entry of this order to file an answer to the first amended complaint;
4. Plaintiff shall have **two (2) days** from entry of this order to file a notice of withdrawal of the motion for reconsideration (ECF No. 24), in light of the relief provided by this order; and
5. The Clerk of the Court will indicate on the docket that Defendants' motions regarding supplemental jurisdiction (ECF Nos. 14, 15) remain pending before the district judge.

IT IS SO ORDERED.

Dated: __**February 12, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

3